UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CONVERSE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Docket No. 04-12591-PBS |
| v. | ) ) | |
| ALON INTERNATIONAL S.A., | ) ) | |
| Defendant. | ) ) | |

**<u>NOTICE OF APPEARANCE</u>**

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter the appearance of Richard A. Johnston and Cynthia D. Vreeland on behalf of the defendant in the above-captioned case.

         Respectfully submitted,

         ALON INTERNATIONAL S.A.


         By: /s/Cynthia D. Vreeland
         Richard A. Johnston, Esq. (BBO #253420)
         Cynthia D. Vreeland, Esq. (BBO #635143)
         Wilmer Cutler Pickering Hale and Dorr LLP
         60 State Street
         Boston, MA 02109
         Tel: (617) 526-6000
         Fax: (617) 526-5000

Date: January 5, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Cynthia D. Vreeland, hereby certify that on January 5, 2005, I served a copy of the above Notice of Appearance on the following by first class mail, postage prepaid:

> Michael C. Gilleran, Esq.
> Shafner, Gilleran & Mortensen, PC
> 150 Federal St.
> 28th Floor
> Boston, MA 02110
> Tel:   (617) 695-9090
> Fax:   (617) 695-9255

_____
Cynthia D. Vreeland

US1DOCS 4907971v1