UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

CONVERSE INC.,

       Plaintiff,                                Docket No.: 04-12591-PBS

vs.

ALON INTERNATIONAL, S.A.,

       Defendant.

_____/

**DEFENDANT ALON INTERNATIONAL, S.A.'S**
**MOTION TO ADMIT EDWARD H. DAVIS, JR., *PRO HAC VICE***

       Defendant Alon International, S.A., pursuant to Local Rule 83.5.3(b), hereby submits this Motion to Admit Edward H. Davis, Jr. ("Davis") *Pro Hac Vice* as counsel in the above styled manner. In support of its Motion, Alon submits the Certificate of Edward H. Davis, Jr., attached hereto as Exhibit "A" and Certificate of Good Standing, attached hereto as Exhibit "B." In further support of this Motion, Alon states as follows:

       1.      Davis is a founding shareholder with the law firm of Astigarraga Davis Mullins & Grossman, P.A., located at 701 Brickell Avenue, Miami FL 33131.

       2.      Davis is an attorney licensed to practice law in the State of Florida and has been a member in good standing of the Florida Bar since 1987.

       3.      Davis is also admitted to practice before the United States Courts of Appeals for the Eleventh Circuit and the District Courts for the Southern and Middle Districts of Florida.

       4.      Davis certifies that he is a member in good standing in every jurisdiction where he has been admitted to practice. Davis certifies that no disciplinary proceedings are pending against him as member of the bar in any jurisdiction.

5.     Davis further certifies that he is familiar with and shall be governed by the local rules of this court.

6.     On January 4, 2005, counsel for Alon spoke with counsel for Converse, and Converse does not object to the admittance of Davis *pro hac vice* in this matter.

7.     Cynthia D. Vreeland, Esq. and Richard A. Johnston Esq. of the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, Massachusetts 02109, are members of the Massachusetts Bar in good standing and are the Massachusetts lawyers whom will act as local counsel for Defendant in this action.

WHEREFORE, Defendant respectfully requests that Edward H. Davis, Jr. of the law firm of Astigarraga Davis Mullins & Grossman, P.A. be admitted to appear *pro hac vice* before this Honorable Court in this action.

Dated this 5th day of January 2005.

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR, LLP**

*Local Counsel for Defendant*
60 State Street
Boston, Mass. 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

/s/Cynthia D. Vreeland
Richard A. Johnston, Esq.
Cynthia D. Vreeland, Esq.

3

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the foregoing was sent electronically to **Michael C. Gilleran, Esq.,** Pepe & Hazard, LLP, 225 Franklin Street, 16th Floor, Boston, Massachusetts 02110-2804 on this 5th day of January, 2005.

    /s/Cynthia D. Vreeland
    Cynthia D. Vreeland

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

**CONVERSE INC.,**

      **Plaintiff,**                                    Docket No.: 04-12591-PBS

vs.

**ALON INTERNATIONAL, S.A.,**

      **Defendant.**
_____/

## ORDER AUTHORIZING ADMISSION OF EDWARD H. DAVIS, JR. *PRO HAC VICE*

This matter was considered without hearing on the motion filed by Alon International, S.A. to admit Edward H. Davis, Jr. *pro hac vice*. The Court has reviewed the motion and finds good cause for the relief sought. Accordingly, it is

**ORDERED and ADJUDGED** that the motion is hereby **GRANTED**. Edward H. Davis, Jr. may appear before this Court *pro hac vice* as counsel for Defendant, Alon International, S.A., in this action, subject to the rules of this Court.

DONE and ORDERED in the District of Massachusetts on this ____ day of January 2005.

                                                          _____
                                                          HONORABLE PATTI B. SARIS
                                                          United States District Judge

Conformed copies sent to:

Edward H. Davis, Esq.
Richard A. Johnston, Esq
Michael C. Gilleran, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

CONVERSE INC.,

    Plaintiff,

Docket No.: 04-12591-PBS

vs.

ALON INTERNATIONAL, S.A.,

    Defendant.
_____/

## CERTIFICATE OF EDWARD H. DAVIS, JR. IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE ON BEHALF OF DEFENDANT ALON INTERNATIONAL

I, Edward H. Davis, Jr., certify that the following information is true and correct:

1. I am a shareholder of the law firm of Astigarraga Davis Mullins & Grossman, P.A., with offices located at 701 Brickell Avenue, 16th Floor, Miami, Florida 33131.

2. I am a member in good standing of the Bar of the State of Florida, the United States District Court for the Southern and Middle Districts of Florida and the Court of Appeals for the Eleventh Circuit.

3. I have never been denied admission to, nor have I ever been disciplined in any court of any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I respectfully request permission to appear before this Court *pro hac vice* to represent the interests of Alon International, S.A. in this action.

6. I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that all of the foregoing is true and correct.

_____
Edward H. Davis



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLABAR.ORG

State of Florida    )

County of Leon     )

                     In Re:    704539  
                               Edward Harrison Davis, Jr.  
                               Astigarraga Davis Mullins & G.  
                               701 Brickell Ave., Ste. 1650  
                               Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 7, 1987.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 27th day of December, 2004.

Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/ssM1:R10