UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONVERSE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALON INTERNATIONAL S.A., )<br>)<br>Defendant. )<br>) | Docket No. 04-12591-PBS |

### NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter the appearance of Richard A. Johnston and Cynthia D. Vreeland on behalf of the defendant in the above-captioned case.

Respectfully submitted,

ALON INTERNATIONAL S.A.

By:_____
Richard A. Johnston, Esq. (BBO #253420)
Cynthia D. Vreeland, Esq. (BBO #635143)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000

Date:   January 5, 2005

USIDOCS 4910635v1

- 2 -

## CERTIFICATE OF SERVICE

I, Richard A. Johnston, hereby certify that on January 5, 2005, I served a copy of the above Notice of Appearance on the following by first class mail, postage prepaid:

Michael C. Gilleran, Esq.
Shafner, Gilleran & Mortensen, PC
150 Federal St.
28th Floor
Boston, MA 02110
Tel:   (617) 695-9090
Fax:   (617) 695-9255

_____
Richard A. Johnston