AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF __Florida__

CONVERSE INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ALON INTERNATIONAL S.A.

04 12591 PBS

TO: (Name and address of defendant)

Alon International S.A.
1160 E. Hallandale Beach Blvd., Suite A
Hallandale, FL 33009-4432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Gilleran, Esquire
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 12/13/2004

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE January 03, 2005 |
|---|---|
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing /2 sets of true and attested copies thereof to together with their fee of $10.00 to Pauline Gunther, Agent for Secretary of State for Commonwealth of Ma., Duly Authorized Agent for the within-named Defendant, Alon International S.A., Hallandale, Florida.

Said service was made at:

One Ashburton Place, 16th Floor, Room 1612, Boston , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ 50.00 | Trips | |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 03, 2005
        Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks                                   FEE

Also served:                                              $ _____
- Civil Action Cover Sheet                                $ _____
- Category Sheet                                          $ _____
- Amended Complaint                                       $ _____
- Notice of Hearing January 6, 2005                       $ _____
                                                          $ _____
                                            TOTAL         $ _____

$ 40.00 - Service Fee

$ 10.00 - Secretary's Fee

$ 50.00 - Total

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**     Telephone # (617) 720-5733
Massachusetts Constables since 1925       Boston, MA 02109             Fax #       (617) 720-5737

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS, CIVIL COVER SHEET, AMENDED COMPLAINT AS OF RIGHT, EXHIBITS, CATEGORY SHEET, NOTICE OF HEARING JANUARY 6, 2005 |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER  DATE: 1/3/05 At 10:15 Am |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

ALON INTERNATIONAL S.A. — Documents Served on Marta Pena, Office Manager

Place where served: Alon international S.A 1160 E Hallandale Beach Blvd Suite A Hallandale, FL 33009

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 30's  HEIGHT: 5'4  WEIGHT: 135  SKIN: White  HAIR: Blk  OTHER: —

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

W. Preston #553  L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON:

ATTORNEY: MICHAEL C. GILLERAN, ESQ.
PLAINTIFF: CONVERSE, INC.
DEFENDANT: ALON INTERNATIONAL
VENUE: SOUTHERN DISTRICT OF FLORIDA
DOCKET: 04-12591 PBS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.