AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CONVERSE INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ALON INTERNATIONAL S.A.

**04 12591 PBS**

TO: (Name and address of defendant)

Alon International S.A.
Republic of Panama
Calle 53 Urbanizacion Obarrio
Torre Swiss Bank
Piso 16, Panama
Republica de Panama

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Gilleran, Esquire
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  12/13/2004

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | January 03, 2005 |
| NAME OF SERVER   BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing /2 sets of true and attested copies thereof ~~to~~ together with their fee of $10.00 to Pauline Gunther, Agent for Secretary of State for Commonwealth of Ma., Duly Authorized Agent for the within-named  **Defendant, Alon International S.A., Republic of Panama.**

Said service was made at:

One Ashburton Place, 16th Floor, Room 1612, Boston , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 25.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___January 03, 2005___    [signature]
Date                                Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |

Also served:
- Civil Action Cover Sheet
- Category Sheet
- Amended Complaint
- Notice of Hearing January 6, 2005

TOTAL $ _____

$ 15.00 - Service Fee

$ 10.00 - Secretary's Fee

$ 25.00 - Total

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  **Boston, MA 02109**              Fax #       (617) 720-5737