IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CONVERSE, INC.,** : | |
| Plaintiff, : | |
| v. : | Docket No.: 04-12591-PBS |
| **ALON INTERNATIONAL, S.A.,** : | |
| Defendant. : | |

**ALON INTERNATIONAL, S.A.'S EMERGENCY
MOTION FOR A PRELIMINARY INJUNCTION**

Defendant, Alon International, S.A. ("Alon"), pursuant to Federal Rule of Civil Procedure 65, moves this Court for the entry of a preliminary injunction which restrains and enjoins Plaintiff Converse, Inc. ("Converse") its agents, employees, successors, attorneys and all persons in active concert and participation with it, from taking any steps that would hinder, interfere with or obstruct the timely arbitration of the contractual dispute between the parties and altering the *status quo* of the parties' contractual relationship as effective December 31, 2004, pending final confirmation of an arbitral award.

Unless this Motion for a Preliminary Injunction is granted, Alon will suffer immediate and irreparable injury, loss and damage if Converse continues to obstruct the timely arbitration of the contractual dispute between the parties and Converse is permitted to alter the *status quo* prior to a final confirmation of an arbitral award resolving the parties' disputes.

In support of its Motion, Defendant Alon submits the accompanying memorandum of law and affidavits, which it incorporates herein by reference.

WHEREFORE, Defendant Alon International, S.A. requests that a preliminary injunction be issued in the form provided.

Dated: March 14, 2005.

Respectfully submitted,

_____/s/ Cynthia D. Vreeland_____
**WILMER CUTLER PICKERING HALE AND DORR, LLP**
Cynthia D. Vreeland
Richard A. Johnston
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

- and -

**ASTIGARRAGA DAVIS**
Edward H. Davis, Jr. (admitted *pro hac vice*)
M. Cristina Cárdenas
701 Brickell Avenue, 16th Floor
Miami, Florida  33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

*Counsel for Defendant Alon International, S.A.*