UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALON INTERNATIONAL S.A., <br><br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 04-12591-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO EXTEND TIME FOR CONVERSE
## TO RESPOND TO ALON'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Converse Inc. and Defendant Alon International, S.A. hereby stipulate and agree that the time for Converse to respond to the motion of Alon filed with this Court on March 14, 2005 for an Emergency Motion for Preliminary Injunction, which response was otherwise due today, Monday, March 28, 2005, be extended until Wednesday, March 30, 2005.

**CONVERSE INC.**

/s/ Michael C. Gilleran
Michael C. Gilleran
Pepe & Hazard LLP
225 Franklin Street
Boston, MA 02110
(617- 748-5500

MCG/32913/2/567181v1
03/29/05-BOS/

ALON INTERNATIONAL, S.A.


/s/ Richard A. Johnston
Richard A. Johnston
Cynthia A. Vreeland
Wilmer Cutler Pickering Hale and Door LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: March 28, 2005

## Certificate of Service

The undersigned hereby certifies that he today served by electronic means a copy of the foregoing on counsel for Alon International S.A.

/s/ Michael C. Gilleran

Dated: March 28, 2005

2