UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Converse Inc.
                    Plaintiff,                          CIVIL ACTION
                                                        NO.  04-12591-PBS

             v.

Alon International S.A.
                    Defendant.



**NOTICE OF MOTION HEARING**


SARIS, U.S.D.J.                                         March 31, 2005


        TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re:
Emergency Motion for a Preliminary Injunction on **May 6, 2005**, at **4:00 p.m.**, in Courtroom No.
19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**



                                        By the Court,



                                         _/s/ Robert C. Alba_
                                        Deputy Clerk



Copies to:  All Counsel