UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONVERSE, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12591-PBS |
| | * | |
| ALON INTERNATIONAL, S.A., | * | |
| | * | |
| Defendant. | * | |

ORDER

May 27, 2005

TAURO, J.

This court hereby orders that:

1. The Parties shall maintain the *status quo* with respect to all aspects of this case until Judge Saris returns, or further order of this court.

IT IS SO ORDERED.

                                                   /s/ Joseph L. Tauro
                                                   United States District Judge