# WILMER CUTLER PICKERING
## HALE AND DORR LLP

Richard A. Johnston

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6282
+1 617 526 5000 fax
richard.johnston@wilmerhale.com

May 27, 2005

Hon. Patti B. Saris
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:     Converse, Inc. v. Alon International, S.A.
        Docket No. 04-12591-PBS

Dear Judge Saris:

This letter is to request a hearing in this case as soon as possible, preferably Wednesday, Thursday or Friday of next week (i.e., June 1, 2 or 3) on two emergency motions filed by Plaintiff Converse, Inc.

As Your Honor might recall, you denied Converse's earlier emergency motion for an anti-suit injunction, finding no irreparable harm and lack of probable success on the merits, among other things.

This week, Converse filed two self-styled emergency motions and arranged to have them referred to Judge Tauro as the emergency session judge while you were out of town.

Converse and Alon each submitted briefs and letters to Judge Tauro. Alon suggested to Judge Tauro that it would make sense to refer disposition of the motions to you because of your greater familiarity with the facts of the case.

Today Judge Tauro issued a brief order which states: "The parties shall maintain the status quo with respect to all aspects of the case until Judge Saris returns, or until further order of this court."

Converse is now using this order here and in Brazil to assert that it has in effect been granted an injunction, as evidenced by the attached correspondence (Exhibit A). Among other things, Converse has advised a third party, Coopershoes, which is obligated to make a payment to Alon on Monday, May 30, 2005, that the order bars such payment.

Given that through the imposition of the status quo without a hearing, Converse is using the order to argue that, in effect, it has been granted the relief that it was seeking, we urgently ask the Court to grant us a hearing.

Hon. Patti B. Saris
May 27, 2005
Page 2

Alon does not interpret the order in the same way as Converse. Alon wishes to comply with all orders of this Court, but through the imposition of an undefined status quo, has been placed in an untenable position needing urgent clarification.

We would not presume to litigate the case via a letter to this Court, and only to stress the urgency of our request, we note that there are Brazilian court injunctions that are directly contrary to what Converse has done and that expressly direct Coopershoes to make the payment that Converse is now trying to stop by using the status quo order.

I understand that you are returning to Court on Tuesday. Please let the parties know if a prompt hearing is possible. My co-counsel from Astigarraga Davis in Miami would plan to be present at any such hearing as well.


Sincerely,

/s/ Richard A. Johnston

Richard A. Johnston


RAJ:ibs

cc:    Michael Gilleran, Esq.
       Jose I. Astigarraga, Esq.
       Edward H. Davis, Jr., Esq.

# EXHIBIT A

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

225 FRANKLIN STREET, 16TH FLOOR
BOSTON, MASSACHUSETTS 02110-2804
617.748.5500 FACSIMILE: 617.748.5555

May 27, 2005

**Via Facsimile**

Richard A. Johnston, Esq
Wilmer Cutler Pickering Hale and Door
60 State Street
Boston, Massachusetts 02109

Jose I. Astigarraga, Esq.
Astigarraga Davis
701 Brickell Avenue
Miami, Florida 33131-2847

Dear Messrs. Johnston and Astigarraga,

We are receipt of the Order of Judge Tauro, dated May 27, 2005, of the United States District Court for the District of Massachusetts directing the parties to "maintain the status quo with respect to all aspects of this case until Judge Saris returns, or further order of this court." We would like to make clear that Converse understands this Order to effectuate three conditions:

1.     Alon is barred from interfering with or filing any action in the interpleader action in Brazil in connection with Coopershoes' royalty payments that were paid into the interpleader until today's date "until Judge Saris returns, or further order of this court";

2.     Alon is barred from receiving any future royalty payments "until Judge Saris returns, or further order of this court"; and

3.     Alon is barred from violating the Arbitration Order executed by Mr. Theroux which prohibits Alon from terminating Coopershoes and/or appointing an alternative manufacturer, distributor or sublicensee, or threatening Coopershoes with any of these acts.

It is beyond all doubt that the *status quo* includes the conditions as articulated in points 1, 2 and 3. Any attempt to violate these conditions will result in Alon's contempt of the Court Order and Converse will seek the enforcement of this Order if necessary.

PEPE&HAZARD LLP

We anticipate your cooperation in maintaining the *status quo* as ordered.

Sincerely,

Michael C. Gilleran,
Counsel for Converse, Inc.