UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Converse, Inc.
        Plaintiff,            CIVIL ACTION
                                     NO.  04-12591-PBS
    v.

Alon International S.A.
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                May 31, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Preliminary Injunction on **June 1, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                 By the Court,


                                                                            _/s/ Robert C. Alba_
                                                                            Deputy Clerk


Copies to:  All Counsel