# PEPE & HAZARD LLP

### A BUSINESS LAW FIRM

225 FRANKLIN STREET, 16th Floor
BOSTON, MASSACHUSETTS 02110-2804
617.748.5500   FACSIMILE 617.748.5555

DAVID P. RUSSMAN
Attorney At Law
Direct: 617.748.5571
drussman@pepehazard.com

May 26, 2005

**VIA FACSIMILE**
**617.748.9096**
Ms. Zita Lovett
Clerk to the Honorable Joseph Tauro
U.S. District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    Converse Inc. v. Alon International S.A.
            Docket No. 04-12591-PBS

Dear Ms. Lovett:

    In an effort to keep you apprised of developments in this matter, please be advised that the International Centre for Dispute Resolution (ICDR) has informed the parties that the procedure for selecting the new arbitrator will proceed according to the parties' prior agreement (pursuant to the Rank and Strike List), such that a new arbitrator has been invited to serve. Upon receiving that information, we contacted the ICDR in an effort to determine exactly when the new arbitrator would be expected to accept the invitation. The ICDR indicated that it expected to hear from the invited arbitrator by Tuesday, May 31, 2005, at the latest. Please also note that the ICDR's offices close at 1:00 p.m. EST tomorrow, May 27, 2005, and the ICDR stated that if the new arbitrator does not accept by then, he will not be appointed and available to serve until at least Tuesday, May 31, 2005.

    In light of the continued uncertainty regarding the appointment and availability of the next arbitrator, we reiterate our request that the Court schedule a hearing tomorrow, May 27, 2005. Thank you for your attention to this matter.

Very truly yours,

David P. Russman

Cc:    Counsel of record (via facsimile)



**International Centre for Dispute Resolution**



Thomas Ventrone
Vice President

Steve Kim
Assistant Vice President

May 26, 2005

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

**VIA FACSIMILE ONLY**

Edward M. Davis, Jr., Esq.
Astigarraga Davis
701 Brickell Avenue
16th Floor
Miami, FL 33131

Michael C. Gilleran, Esq.
Pepe & Hazard, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

Re: 50 133 T 00579 04
    Alon International, S.A.
    vs
    Converse Inc.

Dear Counsel:

After careful review of the comments submitted by the Parties, the ICDR has determined that we will proceed with the list method for the appointment of the Arbitrator. Therefore, we will invite the next mutually acceptable Arbitrator to serve in this matter.

At this stage the Arbitration may proceed.

Please contact the undersigned should you have any questions.

Sincerely,

*Karen Ponce*

Karen Ponce
International Case Manager
212 484 4029
PonceK@adr.org

Sara Matathias
ICDR Team Leader
212 484 4077
MatathiasS@adr.org

A Division of the American Arbitration Association

# PEPE & HAZARD LLP
## LAW OFFICES

225 Franklin Street  
Boston, MA 02110-2804

Telephone: [617] 748-5500  
Fax: [617] 748-5555

# Fax Cover Sheet

DATE: May 26, 2005    TIME: _____    CLIENT/MATTER: 32913-2

PLEASE DELIVER THIS FAX IMMEDIATELY TO:

| NAME/PHONE: | FIRM: | FAX NUMBER: |
|---|---|---|
| Zita Lovett | The Honorable Joseph Tauro | 617-748-9096 |
|  |  |  |
|  |  |  |

FROM: David P. Russman

MESSAGE: Please see attached.

DOCUMENT DESCRIPTION:

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL US IMMEDIATELY.

THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE AND ANY ATTACHED DOCUMENT(S) IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW DISSEMINATION DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (617) 748-5500 OR BY ELECTRONIC MAIL (postmaster@pepehazard.com) IMMEDIATELY. THANK YOU.

Transmitted By: _____    Return To: alh