UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
CONVERSE, INC.,                    )
        Plaintiff,                 )
                                   )
        v.                         )  CIVIL ACTION NO. 04-12591-PBS
                                   )
ALON INTERNATIONAL, S.A.,          )
        Defendant.                 )
                                   )
_____)
```

**ORDER**

June 3, 2005

Saris, U.S.D.J.

On May 27, 2005, while I was away at a sentencing seminar, the emergency judge, Judge Joseph L. Tauro, entered an Order providing that "[t]he parties shall maintain the status quo with respect to all aspects of this case until Judge Saris returns, or further order of this Court." Upon my return, I conducted a hearing on June 1, 2005 at which both Converse, Inc. and Alon International, S.A. were represented by counsel. Converse withdrew its request for relief. Upon hearing, Judge Tauro's order is vacated and is of no force or effect.

                                           /s/ Patti B. Saris
                                           PATTI B. SARIS
                                           United States District Judge