# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONVERSE, INC., : | |
| Plaintiff, : | |
| v. : | Case No.: 04-12591-PBS |
| ALON INTERNATIONAL, S.A., : | |
| Defendant. : | |

### ALON INTERNATIONAL, S.A.'S MEMORANDUM IN OPPOSITION
### TO MOTION OF CONVERSE, INC. TO CORRECT TRANSCRIPT

Defendant Alon International, S.A. ("Alon") responds to the Motion of Plaintiff Converse, Inc. ("Converse") to Correct Transcript as follows:

1. As noted below, Alon offered a resolution of this issue in an effort to spare the Court from having to deal with this matter. Converse rejected the proposal.

2. Now that Converse has rejected that solution and insisted on bringing this matter to the Court, the transcript should not be changed.

3. The transcript should not be changed because:

    - The transcript accurately reflects the court reporter's notes.[1]

    - The transcript accurately reflects the contents of the audio recording of the proceedings.[2]

---

[1] Source: Conversation of Alon counsel, José Astigarraga, with court reporter Valerie O'Hara on Friday, June 10, 2005.
[2] Source: Conversation of Alon counsel, José Astigarraga, with court reporter Valerie O'Hara on Friday, June 10, 2005.

4.  In trying to get Ms. O'Hara to change the transcript, Converse's counsel tried to get a different change, writing, "In fact, my memory is that the full sentence that Mr. Gilleran stated was, '**Your Honor, we believed it was an emergency**.'"[3] (Emphasis added.)

5.  Recognizing that in the face of the reporter's notes and the audio recording, they will fail to persuade the Court to change the transcript by adding four words and deleting a contraction ("Your Honor, we believed" and "wasn't"), Converse now tries to a more modest surgical procedure by deleting an "n't" from "wasn't".

6.  Lest the Court believe that Alon is needlessly litigating over one word, <u>Alon affirmatively offered to have the transcript modified to read "it [inaudible] an emergency," in place of the existing "it wasn't an emergency."</u>[4]

7.  That proposal was acceptable to the court reporter and to Alon. It would have eliminated from the transcript the word in dispute (wasn't"). Converse declined.[5]

8.  Alon cannot stipulate to change a court transcript when the change is not consistent with the Court Reporter's notes, the audio recording, and Alon's counsel's own recollection.

9.  Converse's refusal is consistent with its pattern of litigation in this case, in the arbitration, and in Brazil, namely, to cause Alon the greatest amount of legal expense possible.

10. Alon respectfully submits that Converse's motion is an unnecessary impingement on this Court's time and has created needless expense for Alon, given Alon's and the court reporter's willingness to resolve the question by marking the transcript as "inaudible" for the word in question.

---

[3]   E-mail from Converse counsel David Russman, June 8, 2005, 10:26 A.M., Exhibit "1".
[4]   E-mail from Alon counsel José Astigarraga, June 10, 2005, 11:29 A.M., Exhibit "1".
[5]   Exhibit "1".

US1DOCS 5153356v1

11.     Converse having chosen to present this to the Court, Alon respectfully submits that the transcript should not be changed and should remain as reported by the court reporter, in accordance with her notes, and in accordance with the audio recording.

12.     Accordingly, Alon respectfully requests that the Court deny Converse's motion.

Respectfully submitted,

    /s/ Cynthia D. Vreeland
Richard A. Johnston (BBO # 253420)
Cynthia D. Vreeland (BBO #635143)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:    (617) 526-6000
Facsimile:     (617) 526-5000

Edward H. Davis, Jr. (admitted *pro hac vice*)
ASTIGARRAGA DAVIS
701 Brickell Avenue, 16th Floor
Miami, FL  33131
Telephone:    (305) 372-8282
Facsimile:     (305) 372-8202

*Counsel for Defendant Alon International, S.A.*

Dated:  June 14, 2005.

# EXHIBIT "1"

## Cristina Cardenas

| | |
|---|---|
| **From:** | Russman, David [DRussman@PepeHazard.com] |
| **Sent:** | Friday, June 10, 2005 3:13 PM |
| **To:** | Jose Astigarraga |
| **Cc:** | Gilleran, Michael; Parise, Christine N.; Cristina Cardenas; richard.johnston@wilmerhale.com; valerieohara@comcast.net; Paul Capua; Edward Davis |
| **Subject:** | RE: Corrections to Transcript of Converse v. Alon |

Mr. Astigarraga:

Please be advised that we respectfully reject your proposal relative to correcting the transcript. Accordingly, we have just electronically filed the attached *Motion to Correct Transcript*.

Further, as far as correcting the Electronic Clerk's Notes, my memory (corroborated by my review of the transcript) is that those notes are correct as they currently read. Accordingly, we cannot agree to any change in the Electronic Clerk's Notes.

Thank you for your attention to this matter.

David Russman


-----Original Message-----
**From:** Jose Astigarraga [mailto:jastigarraga@astidavis.com]
**Sent:** Friday, June 10, 2005 11:29 AM
**To:** Russman, David
**Cc:** Gilleran, Michael; Parise, Christine N.; Cristina Cardenas; richard.johnston@wilmerhale.com; valerieohara@comcast.net; Paul Capua; Edward Davis
**Subject:** RE: Corrections to Transcript of Converse v. Alon

**Mr. Russman:**

**This responds to your inquiry regarding the transcript.**

**As I indicated, I affirmatively heard Mr. Gilleran's statement as reported by Ms. O'Hara in the transcript currently.**

**Accordingly, Alon cannot agree to change the transcript to read the way you want.**

**In the interest of resolving this, Alon has no objection to the following modifications (see lines 23 and 24 below), assuming it is acceptable to Ms. O'Hara:**

    21    **MR. ASTIGARRAGA: Judge, we didn't file it.**

    22    **THE COURT: I know you didn't, I'm looking at**

    23    **you [Mr. Gilleran].**

    24    **MR. GILLERAN: Your Honor, it [inaudible] an**

    25    **emergency.**

6/13/2005

**While we are in the process of correcting the record, I ask that you agree to correct the Electronic Clerk's Notes that you have cited. Specifically, they currently read: "Counsel inform the Court that the pending issues are moot." I ask that you consent to the clarification of such statement to say "Converse counsel inform the Court that the pending issues are moot." As you know I disagreed that the matter was moot, and as written, the entry is unclear.**

**Finally, we are counsel of record. We request that you simultaneously serve us with any papers you might file.**

**Jose Astigarraga**

**PS to Ms. O'Hara: I did not realize that you had circulated a revised transcript, because Ms. Cárdenas of our office has been in court and only she received it. I haven't seen the revised version yet, but will look at it promptly in case we have any other observations. If you could copy me on any communications with our firm, I'd appreciate it. Many thanks. Have a good weekend. Jose**

José I. Astigarraga
Astigarraga Davis
701 Brickell Avenue
16th Floor
Miami, Florida 33131
Tel: 305-372-8282
Fax: 305-372-8202
Email: jia@astidavis.com

-----Original Message-----
**From:** Russman, David [mailto:DRussman@PepeHazard.com]
**Sent:** Thursday, June 09, 2005 4:15 PM
**To:** Jose Astigarraga; valerieohara@comcast.net
**Cc:** Gilleran, Michael; Parise, Christine N.; Cristina Cardenas; richard.johnston@wilmerhale.com
**Subject:** RE: Corrections to Transcript of Converse v. Alon

Valerie,

Mr. Astigarraga and I just spoke about this issue. I explained to Mr. Astigarraga that when Mr. Gilleran's statement is read in context, it is clear that he said "it was an emergency." Nonetheless, Mr. Astigarraga stated that he would review the exchange again and that he would get back to me tomorrow morning as to whether we can resolve our disagreement. If we cannot resolve it amicably, we will file a Motion with Judge Saris.

Thank you.

David Russman

-----Original Message-----
**From:** Jose Astigarraga [mailto:jastigarraga@astidavis.com]
**Sent:** Thursday, June 09, 2005 3:38 PM
**To:** valerieohara@comcast.net

**Cc:** Gilleran, Michael; Parise, Christine N.; Cristina Cardenas; richard.johnston@wilmerhale.com; Russman, David
**Subject:** RE: Corrections to Transcript of Converse v. Alon

Dear Valerie: Please note that we object to the change proposed by Mr. Russman.

1.  In reference to page 13: we disagree that Mr. Gilleran said "Your Honor, we believed it was an emergency." That change should not be made.

2.  For what it's worth, I heard it the same way you did.

3.  At this point, I don't know how to resolve it other than for you to verify and rely on your notes.

Many thanks. Jose

José I. Astigarraga
Astigarraga Davis
701 Brickell Avenue
16th Floor
Miami, Florida 33131
Tel: 305-372-8282
Fax: 305-372-8202
Email: jia@astidavis.com

>-----Original Message-----
>**From:** Russman, David [mailto:DRussman@PepeHazard.com]
>**Sent:** Wednesday, June 08, 2005 10:26 AM
>**To:** valerieohara@comcast.net
>**Cc:** Gilleran, Michael; Parise, Christine N.; Cristina Cardenas; Jose Astigarraga; richard.johnston@wilmerhale.com
>**Subject:** RE: Corrections to Transcript of Converse v. Alon
>
>Thank you, Valerie,
>
>In light of the innocuousness of the changes, we are ok with the revised transcript that you just forwarded.
>
>However, we noticed a different typo. On page 13, line 24, Mr. Gilleran stated, "Your Honor, it was an emergency", as opposed to it "wasn't" an emergency. In fact, my memory is that the full sentence that Mr. Gilleran stated was, "Your Honor, we believed it was an emergency."
>
>Thank you.
>
>David Russman

6/13/2005