UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CONVERSE INC., | ) | |
|       Plaintiff, | ) | CIVIL ACTION NO. 04-12591-PBS |
| | ) | |
| vs. | ) | |
| | ) | |
| ALON INTERNATIONAL S.A., | ) | |
|       Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of June 20, 2005, the address, telephone number and fax number for the undersigned counsel of record for the plaintiff, Converse Inc. is as follows:

Michael C. Gilleran, Esq. (BBO #192210)
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170
Email: mgilleran@EdwardsAngell.com

Respectfully submitted,
Converse Inc.

By its attorney,

/s/ Michael C. Gilleran
Michael C. Gilleran, Esq.
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444

Date:  June 17, 2005

MCG/32913/2/569027v1
06/17/05-BOS/

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2005, I have this day served a copy of the within document via electronic filing and first class mail to counsel of record.

/s/ Michael C. Gilleran
Michael C. Gilleran

2