UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACSHUSETTS

| | |
|---|---|
| CONVERSE INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALON INTERNATIONAL S.A., )<br>)<br>Defendant. )<br>) | CASE NO. 04-CV-12591 - PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Christine M. O'Connor of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199-7613, on behalf of the Plaintiff, Converse Inc.

Respectfully submitted,

**CONVERSE INC.**
By its Attorneys,

Dated: June 6, 2006

/s/ Christine M. O'Connor
Michael C. Gilleran (BBO# 192210)
Christine M. O'Connor (BBO# 647535)
EDWARDS ANGELL PALMER &
DODGE, LLP
111 Huntington Avenue
Boston, MA 02119
617-239-0100

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon local counsel for defendant by hand on June 6, 2006.

/s/ Christine M. 'Connor

BOS111 12029432.2