UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
CONVERSE INC.,                          )
                                        )
           Plaintiff-Respondent,        )
                                        )
vs.                                     )     Civil Action No. 04-CV-12591-PBS
                                        )
                                        )
ALON INTERNATIONAL S.A.,                )
                                        )
           Defendant-Movant.            )
_____)

## NOTICE OF APPEARANCE OF MARK C. FLEMING

Mark C. Fleming hereby appears as counsel for Defendant-Movant Alon International S.A. in this matter.

                    /s/ Mark C. Fleming_____
                    Mark C. Fleming (BBO #639358)
                    mark.fleming@wilmerhale.com
                    WILMER CUTLER PICKERING HALE
                    AND DORR LLP
                    60 State Street
                    Boston, MA  02109
                    Tel: (617) 526-6000
                    Fax: (617) 526-5000

July 12, 2006

## CERTIFICATE OF SERVICE

I certify that I caused a true and accurate copy of the foregoing document to be served on counsel of record for Converse Inc. through the Court's electronic filing system on July 12, 2006.

                     /s/ Mark C. Fleming_____
                    Mark C. Fleming

US1DOCS 5743771v1