UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CONVERSE, INC.,** | : <br> : <br> : |
| Plaintiff-Respondent, | :    Civil Action No. 04-CV-12591-PBS <br> : |
| v. | : <br> : |
| **ALON INTERNATIONAL, S.A.,** | : <br> : |
| Defendant-Movant. | : <br> : |

**ASSENTED-TO MOTION OF ALON INTERNATIONAL, S.A.
TO ADMIT EDWARD M. MULLINS *PRO HAC VICE***

Alon International, S.A. ("Alon"), pursuant to Local Rule 83.5.3(b), hereby submits this Motion to Admit Edward M. Mullins *pro hac vice* as counsel in this matter. In support of its Motion, Alon submits the Certificate of Edward M. Mullins, attached hereto as Exhibit A, and a Certificate of Good Standing from the Florida Bar, attached hereto as Exhibit B.

In further support of this Motion, Alon states as follows:

1. Mr. Mullins is a shareholder at the law firm of Astigarraga Davis Mullins & Grossman, P.A., located at 701 Brickell Avenue, Miami FL, 33131.

2. Mr. Mullins is an attorney licensed to practice law in the State of Florida and has been a member in good standing of the Florida Bar since 1990.

3. Mr. Mullins also is admitted to practice before the United States District Courts for the Southern, Middle and Northern Districts of Florida.

4.     Mr. Mullins certifies that he is a member in good standing in every jurisdiction where he has been admitted to practice. Mr. Mullins certifies that no disciplinary proceedings are pending against him as member of the bar in any jurisdiction.

5.     Mr. Mullins further certifies that he is familiar with and shall be governed by the local rules of this Court.

6.     Richard A. Johnston and Mark C. Fleming of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, are members of the Massachusetts Bar in good standing and are the Massachusetts lawyers who will act as local counsel for Alon in this action.

7.     On June 8, 2006, counsel for Alon communicated with counsel for Converse, Inc. and Converse does not object to the admittance of Mr. Mullins *pro hac vice* in this matter.

WHEREFORE, Alon International, S.A. respectfully requests that Edward M. Mullins of the law firm of Astigarraga Davis Mullins & Grossman, P.A. be admitted to appear *pro hac vice* in this action.

July 12, 2006                     Respectfully submitted,

                                  _/s/ Richard A. Johnston_____
                                  Richard A. Johnston (BBO # 253420)
                                  richard.johnston@wilmerhale.com
                                  Mark C. Fleming (BBO # 639358)
                                  mark.fleming@wilmerhale.com
                                  WILMER CUTLER PICKERING HALE AND DORR LLP
                                  60 State Street
                                  Boston, Massachusetts 02109
                                  Telephone: (617) 526-6000
                                  Facsimile: (617) 526-5000

                                  *Counsel for Alon International, S.A.*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I certify that counsel for Alon International S.A. conferred with Michael C. Gilleran, counsel for Converse in this matter, regarding the substance of this motion and that Converse assents to the filing of this Motion.

                                                      /s/ Richard A. Johnston
                                                      Richard A. Johnston

**CERTIFICATE OF SERVICE**

I certify that I caused a true and accurate copy of the foregoing document to be served on counsel of record for Converse Inc. through the Court's electronic filing system on July 12, 2006.

                                                      /s/ Richard A. Johnston
                                                      Richard A. Johnston

US1DOCS 5743844v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONVERSE, INC.,<br>      Plaintiff,<br><br>v.<br><br>ALON INTERNATIONAL, S.A.,<br>      Defendant. | Civil Action No.: 04-CV-12591-PBS |

**CERTIFICATE OF EDWARD M. MULLINS
IN SUPPORT OF ALON INTERNATIONAL, S.A.'S
MOTION TO ADMIT EDWARD M. MULLINS *PRO HAC VICE***

I, Edward M. Mullins certify that the following information is true and correct:

1.    I am shareholder at the law firm of Astigarraga Davis Mullins & Grossman, P.A., located at 701 Brickell Avenue, 16th Floor, Miami, Florida 33131.

2.    I am a member in good standing of the Bar of the State of Florida and of the United States District Courts for the Southern, Middle and Northern Districts of Florida.

3.    I have never been denied admission to, nor have I ever been disciplined, in any court of any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    I respectfully request permission to appear before this Court *pro hac vice* to represent the interests of Alon International, S.A. in this action.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 and Mass. Gen. Laws. Ch. 268, §1A, that the foregoing is true and correct. Executed on this ____ day of July 2006.

                                                             Edward M. Mullins



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLABAR.ORG

State of Florida )

County of Leon )

In Re: 863920  
Edward Maurice Mullins  
Astigarraga Davis Mullins & Grossman, P.A.  
701 Brickell Avenue Fl 16  
Miami, Florida 33131-2801

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 5, 1990.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 15th day of June, 2006.

*Willie Mae Shepherd*  
Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/jjth1/R10