UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACSHUSETTS

| | |
|---|---|
| CONVERSE INC., ) | CASE NO. 04-CV-12591 - PBS |
| Plaintiff, ) | |
| v. ) | |
| ALON INTERNATIONAL S.A., ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Joshua W. Gardner of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199-7613, on behalf of the Plaintiff, Converse Inc.

Respectfully submitted,

**CONVERSE INC.**
By its Attorneys,

Dated: August 8, 2006

/s/ Joshua W. Gardner
Joshua W. Gardner (BBO# 657347)
Michael C. Gilleran (BBO# 192210)
John J. Tumilty (BBO# 560017)
Christine M. O'Connor (BBO# 647535)
EDWARDS ANGELL PALMER &
DODGE, LLP
111 Huntington Avenue
Boston, MA 02119
617-439-4444

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

/s/ Joshua W. Gardner

BOS_547589_1.DOC/JGARDNER