UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONVERSE INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALON INTERNATIONAL S.A., )<br>)<br>Defendant. )<br>) | CASE NO. 04-CV-12591 - PBS |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Converse Inc. ("Converse") and Defendant Alon International S.A. ("Alon"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree to the dismissal with prejudice of all claims and counterclaims asserted either by Converse or Alon in this matter and to the withdrawal of all pending motions. The dismissal and withdrawals shall be with prejudice and without interest or costs to either party, and each party waives all rights of appeal.

**ALON INTERNATIONAL S.A.**

By its attorneys,

Jose I. Astigarraga
Edward M. Mullins
Paul A. Capua
Astigarraga Davis
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel: (305) 372-8282

**CONVERSE INC.**

By its attorneys,

Thomas C. Goldstein
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D. C. 20036-1564
Tel: (202) 887-4000

BOS111 12054422.1

| | |
|---|---|
| /s/ Richard A. Johnston | /s/ Michael C. Gilleran |
| Richard A. Johnston (BBO #253420) | Michael C. Gilleran (BBO #192210) |
| Mark C. Fleming | Edwards Angell Palmer & Dodge, LLP |
| Wilmer Cutler Pickering Hale & Dorr, LLP | 111 Huntington Avenue |
| 60 State Street | Boston, MA 02119 |
| Boston, Massachusetts 02109 | Tel: (617) 239-0100 |
| Tel: (617) 526-6000 | |

Dated: September 13, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

_____/s/ Michael C. Gilleran_____

BOS111 12054422.1